IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHNSONFOILS, INC., <br> A Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> VOITH PAPER <br> GMBH & CO. KG, <br> A Company organized and existing <br> under the laws of Germany, <br><br> Defendant. | : <br> : <br> : <br> : <br> : C.A. No. 07-769 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

CORPORATE DISCLOSURE STATEMENT OF
<u>JOHNSONFOILS, INC.</u>

Plaintiff, JohnsonFoils, Inc. ("Plaintiff"), hereby submits its Corporate Disclosure Statement required by Rule 7.1(a), Fed. R Civ. P.

Plaintiff states that it is wholly owned by AstenJohnson, Inc., a Delaware corporation, and there is no publicly held corporation that owns 10% or more of Plaintiff's stock.

Dated:  November 28, 2007

SEITZ, VAN OGTROP & GREEN, P.A.

By: /s/ George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia P. McGonigle (DE #3126)
pmcgonigle@svglaw.com
Kevin A. Guerke (DE#4096)
kguerke@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

-and-

62206 v1

Anthony S. Volpe
Randolph J. Huis
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103
(215) 568-6400

*Attorneys for Plaintiff
JohnsonFoils, Inc.*