IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHNSONFOILS, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-769-JJF |
| VOITH PAPER GMBH & CO. KG, | : |
| Defendant. | : |

### ORDER

WHEREAS, Plaintiff has filed a Motion for Setting the Time Period for Foreign Service of Process (D.I. 4);

WHEREAS, the Court has considered the grounds offered in support of Plaintiff's Motion and finds the instant motion is made as a contingent application to a motion to amend pending in Civil Action No. 07-226-JJF (D. Del.). The Court will separately decide the motion to amend in the 07-226 case and then Plaintiff may determine the need for an application in this case.

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion for Setting the Time Period for Foreign Service of Process (D.I. 4) is **DENIED**.

May 8, 2008

_____
UNITED STATES DISTRICT JUDGE