IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHNSONFOILS, INC., <br> A Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> VOITH PAPER <br> GMBH & CO. KG, <br> A Company organized and existing <br> under the laws of Germany, <br><br> Defendant. | : <br> : <br> : <br> : <br> : C.A. No. 07-769 (JJF) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE pursuant to F.R.C.P. 41 (a)(1), that plaintiff JohnsonFoils, Inc. hereby dismisses the above-captioned action with prejudice.

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ Patricia P. McGonigle*

---

George H. Seitz, III (DE #667)
Patricia P. McGonigle (DE #3126)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602
*Attorneys for Plaintiff*
*JohnsonFoils, Inc.*

Dated: July 2, 2008

65611 v1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 2nd day of July 2008, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.  Further, I caused a copy of the foregoing pleading to be served upon the following counsel via electronic mail:

Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899

Neil F. Greenblum, Esquire
Michael J. Fink, Esquire
P. Branko Pejic, Esquire
Greenblum & Bernstein, PLC
1950 Roland Clarke Place
Reston, Virginia 20191

/s/ *Patricia P. McGonigle*
_____
Patricia P. McGonigle (DE3126)
pmcgonigle@svglaw.com

65765 v1